IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD MAYER,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>Defendant. | 8:23CV225<br><br><br>**FINAL PROGRESSION ORDER**<br><br>**(AMENDED)** |

The Court grants the parties' Joint Motion to Modify the Progression Order. Filing No. 35.

Accordingly,

IT IS ORDERED that the unexpired deadlines in the final progression order are amended as follows:

1) The trial and pretrial conference will not be set at this time. The status conference to discuss case progression, the parties' interest in settlement, and the trial and pretrial conference settings currently set for July 23, 2024 is continued and will be held with the undersigned magistrate judge on **September 6, 2024** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

2) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is August 12, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by August 26, 2024.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

3)   The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is August 12, 2024.

4)   The deadline for filing motions to dismiss and motions for summary judgment is September 26, 2024.

5)   The deadline for filing motions to exclude testimony on *Daubert* and related grounds is August 29, 2024.

6)   All deadlines not amended herein remain unchanged.

Dated this 1st day of July, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge